**Carl Wayne CAVALLI, Petitioner–Appellant,**

v.

**Roseanne CAMPBELL, Warden, Respondent–Appellee.**

No. 08–16611.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 21, 2010.

Carl Wayne Cavalli, Ione, CA, pro se.

Heather M. Heckler, Esquire, Deputy Assistant Attorney General, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, GRABER, and PAEZ, Circuit Judges.

MEMORANDUM [**]

Carl Wayne Cavalli appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253 [1], and we affirm.

Appellee's motions to dismiss the appeal and strike various documents are denied.

Cavalli contends that the Governor's 2005 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. The state court did not unreasonably determine that some evidence supports the Governor's decision. *See* 28 U.S.C. § 2254(d); *see also Hayward v. Marshall*, 603 F.3d 546, 563 (9th Cir.2010) (en banc).

**AFFIRMED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. We certify for appeal the issue of whether the state court unreasonably determined that the Governor's 2005 decision deny parole was supported by some evidence. We decline to certify any other issues raised by Cavalli.